Same case below, 49 So. 3d 762.

**No. 10-9366. Derek Nathaniel Moore, Petitioner v. Louisiana.**

563 U.S. 993, 131 S. Ct. 2450, 179 L. Ed. 2d 1219, 2011 U.S. LEXIS 3781.

May 16, 2011. Petition for writ of certiorari to the Court of Appeal of Louisiana, First Circuit, denied.

Same case below, 39 So. 3d 850.

**No. 10-9368. Dale Frank Maisano, Petitioner v. Richard E. Weare, et al.**

563 U.S. 993, 131 S. Ct. 2451, 179 L. Ed. 2d 1219, 2011 U.S. LEXIS 3626.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-9373. Kimberly Martin, Petitioner v. Volunteer Automotive.**

563 U.S. 993, 131 S. Ct. 2451, 179 L. Ed. 2d 1219, 2011 U.S. LEXIS 3799,

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-9374. John Fitzgerald Kennedy, Hilda Kennedy, and William Henry Kennedy, Petitioners v. Related Management, et al.**

563 U.S. 993, 131 S. Ct. 2451, 179 L. Ed. 2d 1219, 2011 U.S. LEXIS 3733.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 403 Fed. Appx. 566.

**No. 10-9379. Keenan Wilkins, Petitioner v. California.**

563 U.S. 993, 131 S. Ct. 2451, 179 L. Ed. 2d 1219, 2011 U.S. LEXIS 3698.

May 16, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

**No. 10-9389. Phillip Van Zant, Petitioner v. Florida Parole Commission, et al.**

563 U.S. 993, 131 S. Ct. 2451, 179 L. Ed. 2d 1219, 2011 U.S. LEXIS 3665,

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-9390. Mark Allen Wood, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

563 U.S. 993, 131 S. Ct. 2451, 179 L. Ed. 2d 1219, 2011 U.S. LEXIS 3697.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 409 Fed. Appx. 735.